

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Charley Lockhart
State Treasurer
Austin, Texas

Dear Sir:

Opinion Number O-1093
Re: Can a bank deposit bonds
with another bank under trust
receipt running to the State
Treasurer instead of sending
the actual securities to the
State Treasurer?

We are in receipt of your letter of July 3, in which you request the opinion of this department on the above captioned question.

The pertinent laws are found in Article 4982, et seq., of the Revised Civil Statutes of 1925, and it seems clear that the intention of the Legislature was to require the deposit of the securities, themselves, with the State Treasurer. Chapter 16, Section 2, of Title 78, Articles 4962 to 4986, plainly contemplates that the State Treasurer shall hold securities in trust against the violation of the powers therein granted to such persons, association of persons, State banking corporations, etc., and it must be presumed that the Legislature did not intend to authorize the establishment of any other custodianship such as was provided under the State Depository Act. It was within the power of the Legislature to have so provided, but for reasons best known to itself such provision was not made.

You are, therefore, advised that in our opinion the State Treasurer does not have the authority to permit the deposit of bonds with another bank under trust receipt running to him, instead of requiring the securities themselves

Honorable Charley Lockhart, page #2

to be deposited with him, pursuant to the laws cited above and applicable thereto.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By ~Clarence E. Crowe~
Clarence E. Crowe
Assistant

CEC-s
APPROVED JUL 10, 1939
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN